NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF
OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Gregg S. Garfinkel
Amy W. Lewis
STONE ROSENBLATT & CHA
21550 Oxnard Street, Suite 200
Woodland Hills, CA 91367
(818)999-2232
ATTORNEYS FOR: Plaintiff

**FILED**

2008 JUL -8 P 2: 23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED VAN LINES, LLC, a Limited
Liability Company

                                            Plaintiff(s),

v.

ALAN NOPAR and DOES 1-10, Inclusive

                                            Defendant(s)

CASE NUMBER

**C08 03277 HRL**

**CERTIFICATION AND NOTICE**
**OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

**BY FAX**

The undersigned, counsel of record for  the plaintiff
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| United Van Lines, LLC | Plaintiff |
| Alan Nopar | Defendant |
| UniGroup, Inc. | Insurer |

July 7, 2008
Date

Sign
Gregg S. Garfinkel

Attorney of record for or party appearing in pro per
for Plaintiff

CV-30 (12/03)                **NOTICE OF INTERESTED PARTIES**

CCDCV30