UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED VAN LINES, LLC, a Limited Liability Company

SUMMONS IN A CIVIL CASE

v.

CASE NUMBER:

ALAN NOPAR and DOES 1-10, Inclusive

C08 03277 HRL

TO: (Name and address of defendant)
Alan Nopar
425 Sherman Av., Suite 100, Palo Alto, CA 94306

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregg S. Garfinkel
Amy W. Lewis
Stone, Rosenblatt & Cha
21550 Oxnard St.-Suite 200
Woodland Hills, CA 91367

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JUL 0 8 2008

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK

NDCAO440