

1  Gregg S. Garfinkel (State Bar No. 156632)
2  Amy W. Lewis (State Bar No. 158999)
   STONE | ROSENBLATT | CHA, PLC
3  21550 Oxnard Street, Main Plaza – Suite 200
   Woodland Hills, California 91367
4  Tel: (818) 999-2232
   Fax: (818) 999-2269
5       Email: ggarfinkel@src.law.com/alewis@srclaw.com

*e-filed 10/15/08*

6  Attorneys for Plaintiff
   UNITED VAN LINES, LLC

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT – SAN JOSE BRANCH

10

11 UNITED VAN LINES, LLC, a            Case No.: 5:08 CV 03277-HRL
   Limited Liability Company
12                                     [Assigned for all purposes to Judge Howard R.
              Plaintiff,               Lloyd] [
13                                     Complaint Filed: July 8, 2008
        v.
14                                     STIPULATION AND [PROPOSED] ORDER
   ALAN NOPAR and DOES 1-10,           EXTENDING THE INITIAL CASE
15 Inclusive,                          MANAGEMENT CONFERENCE AND
                                       RELATED DATES
16            Defendants.
                                       Current Date of ICMC: October 28, 2008
17

18

19                                **RECITALS**

20       WHEREAS Plaintiff filed its Complaint for collection of outstanding

21 transportation charges on or about July 8, 2008. Prior to service of the Complaint,

22 Plaintiff's counsel was contacted by counsel for Defendant and advised that

23 Defendant had sustained property damage as a result of the move which forms the

24 basis of Plaintiff's Complaint and was withholding payment until the property

25 damage claim could be resolved.

26

27       WHEREAS Plaintiff's counsel and counsel for Defendant began settlement

28 discussions to try and resolve both issues without the need of further court

involvement. Due to the ongoing settlement discussions, Plaintiff's counsel held off serving the Complaint on Defendant with the understanding that the parties believed the matter could be resolved with the assistance of a neutral inspection and appraisal of Defendant's property.

WHEREAS the appraiser agreed to by both parties was not able to complete his inspection of Defendant's property until early September 2008 due to scheduling issues. Nonetheless, the appraiser advised Plaintiff's counsel that the inspection report would be completed prior to the end of September. With receipt of the inspection report, the parties anticipate they will be able to engage in meaningful settlement discussions and resolve the issues which form the subject of Plaintiff's Complaint.

WHEREAS Plaintiff's counsel forwarded the Summons and Complaint and related documents to counsel for defendant on or about September 24, 2008 along with an Acknowledgment and Receipt given the pending Initial Case Management Conference and other related dates.

WHEREAS the appraiser notified Plaintiff's counsel on or about September 29, 2008, that he had been quite ill for over a week and was still not feeling well on that date and didn't believe he would be able to complete the report until the first full week of October 2008.

WHEREAS counsel for both parties continue to believe that the inspection report will greatly assist in the resolution of this matter. To that end, counsel have agreed to stipulate to continue the Initial Case Management Conference and related dates, with the court's approval, for a period of 5 weeks to December 2, 2008, or a date thereafter of the court's choosing, to enable the appraiser to complete his report

and for counsel and their clients to have a chance to review the report and engage in settlement negotiations with respect to same.

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant through their respective attorneys of record, and respectfully submitted to the Court for its approval, an extension of 5 weeks to December 2, 2008, for the Initial Case Management Conference in this matter. All pending dates would be continued an additional 5 weeks or to conform with the new Initial Case Management Conference.

DATED: September 29, 2008

STONE | ROSENBLATT | CHA
**A Professional Law Corporation**

By: _____
GREGG S. GARFINKEL
AMY W. LEWIS
Attorneys for Plaintiff
UNITED VAN LINES, LLC

DATED: September 30, 2008

By: _____
ROBERT E. PATTERSON
Attorney for Defendant
ALAN NOPAR

///
///
///
///
///

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED: The Initial Case Management Conference in this matter is continued from October 28, 2008, to December 2, 2008, at 1:30 p.m. in Courtroom 2. All related dates will be continued an additional 5 weeks pursuant to the Federal Rules of Civil Procedure and the Civil Local Rules.

Dated: 10/14/2008

_____
The Honorable Howard R. Lloyd
United States District Judge