*E-filed 12/01/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED VAN LINES, LLC, a Limited Liability Company, | Case No. CV 08-03277 |
| Plaintiff, | |
| v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE, SETTING SHOW CAUSE HEARING** |
| ALAN NOPAR and DOES 1-10, | |
| Defendants. | |

The court has received the parties' notice of settlement and request to vacate the case management conference. Accordingly, the case management conference currently set for December 2, 2008 is VACATED. The parties shall file a request for dismissal on or before December 30, 2008. If no request is filed, the parties shall appear before the court on January 6, 2008 at 1:30p.m. in Courtroom 2, fifth floor, United States District Court in San Jose, to show cause.

**IT IS SO ORDERED.**

Dated: 12/01/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT VIA E-FILING

3  **Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**