GREGG S. GARFINKEL, ESQ., S.B. #156632
  ggarfinkel@srclaw.com
AMY W. LEWIS, ESQ., S.B. #158999
  alewis@srclaw.com
STONE | ROSENBLATT | CHA
A Professional Law Corporation
21550 Oxnard Street, Main Plaza – Suite 200
Woodland Hills, California 91367
Tel: (818) 999-2232
Fax: (818) 999-2269

Attorneys for Plaintiff,
UNITED VAN LINES, LLC

*e-filed 12/17/08*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED VAN LINES, LLC, a Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>ALAN NOPAR and DOES 1-10, Inclusive<br><br>Defendants. | Case No.: 5:08-cv-03277-HRL<br>*[Complaint filed: 7/8/2008]*<br>*[Assigned for all Purposes to the Honorable Howard R. Lloyd, Ctrm. 2]*<br><br>NOTICE OF DISMISSAL OF UNITED VAN LINES, LLC'S COMPLAINT IN ITS ENTIRETY; [PROPOSED] ORDER THEREON |

TO THIS HONORABLE COURT AND DEFENDANTS AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that UNITED VAN LINES, LLC's Complaint as to all Defendants is hereby dismissed, with prejudice, pursuant to FRCP 41.

/ / /

/ / /

/ / /

1

DATED: December 15, 2008

STONE | ROSENBLATT | CHA
**A Professional Law Corporation**

By: *Amy W. Lewis*
Gregg S. Garfinkel
Amy W. Lewis
Attorneys for Plaintiff, UNITED VAN LINES, LLC

### ORDER OF DISMISSAL

Premised upon the above Notice and pursuant to FRCP 41, it is hereby ordered that Plaintiff UNITED VAN LINES, LLC' Complaint, Case No. 5:08-cv-03277-HRL be dismissed in its entirety with prejudice as to all defendants.

Dated: 12/17/08

The Honorable Howard R. Lloyd of the United State District Court for the Northern District of California

NOTICE OF DISMISSAL OF UNITED VAN LINES, LLC'S COMPLAINT IN ITS ENTIRETY; [PROPOSED] ORDER THEREON